In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY.

WILLIAM P. CLARK et al., Appellants; LOUIS H. PINK, Superintendent of Insurance, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, et al., Respondents.

Argued October 14, 1940; decided November 13, 1940.

*William A. Barber* for William P. Clark et al., appellants.

*Raphael H. Weissman* for Golden Hill Building Corporation, appellant.

*Samuel Boksenbom* and *William A. Shea* for Louis H. Pink, as Superintendent of Insurance, respondent.

*Barnet Kaprow, Sidney R. Nussenfeld* and *Sherman S. Rogers* for Trustees of Series B-K, F-1 and C-2, respondents.

*Frank W. Chambers* and *Walter E. Warner, Jr.,* for Trustees of Series N-20, respondents.

Order affirmed, without costs. (*Matter of New York Title & Mortgage Co.,* 277 N. Y. 66.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.